| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 4:03CR00090-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:12-CR-517 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jonathan Lee Riches 1306 Ashbridge Road West Chester, Pennsylvania 19380 | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Houston |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Melinda Harmon | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/23/2012   TO 03/22/2017 |

| OFFENSE |
|---|
| Conspiracy to commit wire fraud, in violation of 18 U.S.C.§ 371. Wire fraud, aiding and abetting, in violation of 18 U.S.C. §§ 1343 and 2 |

**FILED**

**SEP 2 4 2012**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the  on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

5 September, 2012
*Date*

*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

9/25/12
*Effective Date*

**FILED**

**SEP 2 7 2012**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

*United States District Judge*