IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

United States of America,
Plaintiff

V,                                    CASE NO. 2:12-CR-00517

Jonathan Lee Riches,
Defendants

Motion to dismiss
And motion to Challenge Validity of
Federal Detainer placed on me

RECEIVED FILED
JUN 4 2015    JUN 04 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Comes Now, Jonathan Lee Riches, pro-se, My Attorney
Robert J. Donatoni is Inaffective under Strickland v
Washington. I've been telling him since Feb 2013 Almost
2½ years that I want a hearing on this matter for a
Probation violation and he Kept telling me that this
violation matter will Be taken care of and Run concurrent
with my State Sentence. The Govt. violated my Due process
and acted in extreme prejudice refusing to give me a
hearing on this violation for 2½ years. Robert J. Donatoni
told me at My state hearing in Feb. 2012 that this Federal
case will run together, I was on 2 concurrent probations
and violated, Any Additional sentence Imposed on me
is Double Jeopardy, Donatoni told me this. I Kept telling
Robert Donatoni in letters for the past 2 years that
I have a federal Detainer on me and I want the Issue
Resolved by having a hearing and he told me and my
mother that this will Be taken care of. Now, Donatoni
told me the Federal Govt. is coming to get me
Once I make parole, I made parole and my Parole
Date is June 19, 2015 or sometime Afterward

page 2

which I attached my Parole Decision in Exhibit 10, 11, 12, 13 - During my State Sentence here I was misconduct Free, I have no history of violence, I accepted responsibly, I took numerous classes with Attached Exhibits, I was senior coordinator in the PADOCS theraptic community, I did Everything I could possibly do and the Parole board gave me parole on my minimum coming up and approved my home plan living with my mother in west chester PA and now the Federal Govt. Plaintiffs in this case want to detain me and give me Additional time which is Double Jeopardy, I already been punished for the same Act the Govt. is Accusing me of Doing in this case, leaving the State without permission and my lawyer told me I cannot be punished twice for the same crime and the Delay and Govt. ment waiting years to get me - All my witnesses are gone and my lawyer informed my mother over the weekend of May 29-30 that the Govt wants to detain me and give me a mental Health Evaluation, which makes no sense, I been sitting here 2½ years and taking meds with no problems and for Now Getting mental health treatment 2½+ years later is Double Jeopardy. My lawyer was paid over $15,000 thousand Dollars for a probation violation and the last 6 months refuses to File any Motions, refuses to Answer my letters he is Inaffective. I move to dismiss this case to Allow me to be on State parole, giving me Additional Federal time now serves no purpose in the interest of Justice. I'm already serving a 5 year State Sentence/parole for a probation violation, under Turner v. Brennan - the govt. Delaying my revocation hearing is a Deliberate indifference

What do I have to do more to earn my freedom? I did everything I could possibly do to better my life and think positive. I am not a threat. I seek the removal of this Federal Detainer. and/or I seek a teleconference to resolve this matter. Attorney Robert J Donatoni lied to me and I want to File a Affidavit Against him, I have numerous Inaffective Assistance of counsel claims that I want to present as Evidence and I move to compel my lawyer to do his JoB. my 6th amendment rights are violated and I want to explain why on record. My 8th amendment rights are violated for cruel and unsual punishment. I seek my lawyer Robert J Donatoni to return the money he took from my mother without Doing his JoB and turning a blind eye on me for Years.

Respectfully 5/31/15

Jonathan Lee Riches
KX9662
301 Institution DR
Bellefonte, PA 16823



**INMATE NAME:** RICHES, JONATHAN  **INMATE #:** KX9662  **Location:** H-C-1033  **FACILITY:** BEN

**Program Name:** Therapeutic Community  **Start Date:** 06/16/2014  **End Date:** 12/19/2014

**Number of Program Sessions:** 160  **Number of Sessions Attended:** 160  **Length of Sessions:** 1.5 Hrs

**Facilitator:** Rhoades / Thurston  /  **Evaluated by:** Thurston  **Date:** 12/19/2014  **Status:** Completed

**Participation:**

Satisfactory (Completes >= 80% of all journals/homeworks/skill training)

**Knowledge Acquired:**

Satisfactory (Demonstrates acquired knowledge of >= 80% of group objectives)

**Aftercare Recommended:**

Yes - Other (See Comments)

**Reason for Failure to Complete the Program:**

**Reason for Discharge Prior to Completion:**

**Comments:**

Mr. Riches was very successful in the TC Program. He acquired the position of Senior Coordinator which carried a great amount of responsibility and extra hours put towards the TC community. Mr. Riches was invested in his treatment and shown both good hindsight and insight in his current issues. It is recommended upon release that he begins Individual Therapy and attend a Self-Help Group for a positive support system.

**cc: Inmate**
  **DC-14(CP tab)**
  **Facility Parole Office**
  **(With ICSA Document)**

Exhibit 2

| | Pennsylvania Department of Corrections | |
|---|---|---|
| 12/16/2014 11:16:37 AM | Correctional Plan - Evaluation | Production |

**INMATE NAME:** RICHES, JONATHAN        **INMATE #:** KX9662    **Location:** H-C-1034    **FACILITY:** BEN

**Program Name:** Violence Prevention Moderate Intensity          **Start Date:** 08/26/2014    **End Date:** 12/16/2014

**Number of Program Sessions:** 26        **Number of Sessions Attended:** 26        **Length of Sessions:** 1.5 Hrs

**Facilitator:** Manzoni                  **Evaluated by:** Manzoni              **Date:** 12/16/2014  **Status:** Completed

---

**Participation:**

Satisfactory  (Completes >= 80% of all journals/homeworks/skill training)

**Knowledge Acquired:**

Satisfactory  (Demonstrates acquired knowledge of >= 80% of group objectives)

**Aftercare Recommended:**

No

**Reason for Failure to Complete the Program:**

**Reason for Discharge Prior to Completion:**

**Comments:**

Mr. Riches participated and completed all assignments necessary for group, his assignments were completed in an average manner and his classroom and small group activities were above average.  He had perfect attendance and has completed his relapse prevention plan for PBPP.  His total score is 76/78.

---

cc: Inmate
    DC-14(CP tab)
    **Facility Parole Office**
    **(With ICSA Document)**

# A NEW WAY OF LIFE

This is to Certify that

## Jonathan Lee Riches

has successfully completed the requirements of
Theraputic Community.

Given this 19th day of December 2014

Careen M. Shafer,
**DATS Supervisor**

Tammy Ferguson,
**Superintendent**



# ALCOHOLICS ANONYMOUS/NARCOTICS ANONYMOUS:
# 90 IN 90

*Jonathan Riches*

Name

11/14/2014

Date

DATS Supervisor

DATS

Case 2:12-cr-00537-ER   Document 5   Filed 06/04/15   Page 7 of 17

Exhibit 9

# PHASE 2 MEMBER OF THE WEEK

*Jonathan Riches*

Name

9/26/2014

Date

C.M Shafer, DATSS

DATS Supervisor

DATS



# PHASE 2 MEMBER OF THE WEEK

*Jonathan Riches*

Name

10/03/2014

Date

DATS Supervisor

DATS

Case 2:12-cr-00517-ER   Document 5   Filed 06/04/15   Page 9 of 17

EXHIBIT Ψ

Case 2:12-cr-00517-ER   Document 5   Filed 06/04/15   Page 10 of 17



# PHASE 2 MEMBER OF THE WEEK

*Jonathan Riches*
_____
Name

10/10/2014
_____
Date

_____
DATS Supervisor

_____
DATS

# PHASE 3 MEMBER OF THE WEEK



*Jonathan Riches*

Name

12/05/2014

Date

_____
DATS Supervisor

_____ DATS-2
DATS

Case 2:12-cr-00517-ER   Document 5   Filed 06/04/15   Page 11 of 17

# CERTIFICATE OF ACHIEVEMENT

## PRESENTED BY
## CENTREPEACE, INC.

*Riches, Jonathan*

HAS SUCCESSFULLY COMPLETED A
TEN-WEEK PROGRAM ENTITLED:

## CREATIVE, NON-VIOLENT
## CONFLICT RESOLUTION TRAINING

APRIL 30, 2014

THOMAS L. BREWSTER—EXECUTIVE DIRECTOR

Exhibit 10



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE

1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

## NOTICE OF BOARD DECISION

NAME: JONATHAN RICHES                          PAROLE NO: 490HK

INSTITUTION: SCI - BENNER TWP                  INSTITUTION NO: KH9662

AS RECORDED ON MARCH 11, 2015 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE BOARD OF PROBATION AND PAROLE IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOU ARE GRANTED PAROLE/REPAROLE. THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

YOUR PARTICIPATION IN AND COMPLETION OF PRESCRIBED INSTITUTIONAL PROGRAMS.

YOUR POSITIVE INSTITUTIONAL BEHAVIOR.

YOUR POSITIVE INSTITUTIONAL BEHAVIOR.

YOUR DEMONSTRATED MOTIVATION FOR SUCCESS.

YOUR ACCEPTANCE OF RESPONSIBILITY FOR THE OFFENSE(S) COMMITTED.

THE EXISTENCE OF FEDERAL DETAINERS FILED AGAINST YOU.

YOUR DEVELOPMENT OF A PAROLE RELEASE PLAN.

YOU ARE PAROLED ON OR AFTER 06/19/2015 TO AN APPROVED PLAN UPON CONDITION THAT THERE ARE NO MISCONDUCTS.

PAROLE RELEASE SUBJECT TO DETAINERS

(CONTINUE ON PAGE 2 )

CC: DISTRICT ATTORNEY

CLIENT COPY
JONATHAN RICHES       KH9662
SCI - BENNER TWP
301 Institution Drive
Bellefonte, PA 16823

Notice of Board Decision
PBPP 15(08/02) 1 of 3

*Exhibit 11*

PAROLE NO: 490HK

(CONTINUED FROM PAGE 1 )

YOU SHALL ABIDE BY THE RULES AND REGULATIONS OF THE INSTITUTION.

YOU SHALL MAINTAIN EMPLOYMENT AS APPROVED BY PAROLE SUPERVISION STAFF. IF UNEMPLOYED YOU SHALL ENGAGE IN AN ACTIVE JOB SEARCH AND PROVIDE VERIFICATION AS DIRECTED BY PAROLE SUPERVISION STAFF.

YOU SHALL UTILIZE A WAGE ATTACHMENT FOR YOUR COURT ORDERED FINANCIAL OBLIGATIONS IF AVAILABLE THROUGH YOUR EMPLOYER.

YOU SHALL NOT DIRECTLY OR INDIRECTLY HAVE CONTACT OR ASSOCIATE WITH THE CO-DEFENDANT(S), GANG MEMBERS JULIAN BULAT OR  FOR ANY REASON.

YOU SHALL NOT DIRECTLY OR INDIRECTLY HAVE CONTACT OR ASSOCIATE WITH PERSONS WHO SELL OR USE DRUGS, OUTSIDE A TREATMENT SETTING OR POSSESS DRUG PARAPHERNALIA.

OUT-PATIENT MENTAL HEALTH TREATMENT IS A SPECIAL CONDITION OF YOUR PAROLE SUPERVISION UNTIL THE TREATMENT SOURCE AND/OR PAROLE SUPERVISION STAFF DETERMINE IT IS NO LONGER NECESSARY.  YOU SHALL BE REQUIRED TO SIGN THE APPROPRIATE RELEASE FORM FOR CONFIDENTIAL INFORMATION.

UPON YOUR RELEASE, YOU SHALL SUBMIT TO AN EVALUATION TO DETERMINE YOUR NEED FOR DRUG/ALCOHOL TREATMENT/SERVICE. IF TREATMENT IS RECOMMENDED, YOU MUST ENROLL AND SUCCESSFULLY COMPLETE ALL TREATMENT RECOMMENDED. YOU SHALL BE REQUIRED TO SIGN THE APPROPRIATE RELEASE FORMS FOR CONFIDENTIAL INFORMATION.

YOU SHALL ACHIEVE NEGATIVE RESULTS IN SCREENING TESTS RANDOMLY CONDUCTED BY THE BOARD TO DETECT YOUR USE OF CONTROLLED SUBSTANCES AND DESIGNER DRUGS, AS DESIGNATED BY THE CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT, OR TO DETECT YOUR USE OF ALCOHOL, OR BOTH.  YOU ARE RESPONSIBLE FOR ALL TESTING COSTS.

YOU SHALL NOT CONSUME OR POSSESS ALCOHOL UNDER ANY CONDITION FOR ANY REASON.

YOU SHALL NOT ENTER ESTABLISHMENTS THAT SELL OR DISPENSE ALCOHOL EXCEPT AS APPROVED BY PAROLE SUPERVISION STAFF.

YOU SHALL TAKE PSYCHOTROPIC MEDICATION IF PRESCRIBED BY YOUR DOCTOR.

YOU SHALL NOT DIRECTLY OR INDIRECTLY HAVE CONTACT WITH VICTIM(S), OR VICTIM'S FAMILIES, INCLUDING CORRESPONDENCE, TELEPHONE CONTACT, OR COMMUNICATION THROUGH THIRD PARTIES--MANDATORY.

YOU SHALL NOT POSSESS AMMUNITION UNDER ANY CONDITION OR FOR ANY REASON.

(CONTINUE ON PAGE 3 )

CC: DISTRICT ATTORNEY

CLIENT COPY
JONATHAN  RICHES        KH9662
SCI - BENNER TWP
301 Institution Drive
Bellefonte, PA 16823

Notice of Board Decision
PBPP 15(08/02) 2 of 3

Exhibit 12

PAROLE NO: 490HK

(CONTINUED FROM PAGE 2 )

YOU SHALL PAY A MONTHLY SUPERVISION FEE AS DETERMINED BY PAROLE SUPERVISION STAFF TO THE PAROLE BOARD WHILE UNDER SUPERVISION WITHIN THE COMMONWEALTH OF PENNSYLVANIA (ACT 35 OF 1991).

WHEN RELEASED TO THE COMMUNITY YOU MUST REPORT IN PERSON TO THE DISTRICT OFFICE OR SUB OFFICE THE NEXT BUSINESS DAY (MONDAY THROUGH FRIDAY) BETWEEN THE WORKING HOURS OF 8:30 A.M. - 5:00 P.M. THE DECISION ANNOUNCED BY THIS BOARD ACTION (PBPP-15) WILL NOT TAKE EFFECT UNTIL YOU HAVE SIGNED THE CONDITIONS (PBPP-11), AND THE RELEASE ORDERS (PBPP-10) HAVE BEEN ISSUED.  YOU REMAIN UNDER THE JURISDICTION AND CONTROL OF THE DEPARTMENT OF CORRECTIONS UNTIL YOU HAVE SIGNED THE PBPP-11, AND THE PBPP-10 HAS BEEN ISSUED.  THIS PBPP-15 DOES NOT AUTHORIZE YOU TO CHANGE YOUR RESIDENCE FROM ANY COMMUNITY CORRECTIONS CENTER OR GROUP HOME IN WHICH YOU MAY BE RESIDING WHEN YOU RECEIVE IT.

MAX: 12/19/2017

DIF  03/11/2015

CC: DISTRICT ATTORNEY

CLIENT COPY
JONATHAN  RICHES      KH9662
SCI - BENNER TWP
301 Institution Drive
Bellefonte, PA 16823

*Kimberly A. Barkley*

Kimberly A. Barkley

Board Secretary

Notice of Board Decision
PBPP 15(08/02) 3 of 3

*Exhibit 13* (handwritten)

PBPP-31

 **pennsylvania**
BOARD OF PROBATION AND PAROLE

## Results of Parole Plan Investigation

**To:** **Name:** Jonathan Riches

**Institution No.:** KX9662

**Housing Unit:** BB

**From:** Parole Agent Hayles                **Date:** 05-28-15

**Parole Office:**

**SCI-** Benner Township

**Please be advised that your parole plan has been:** ☑ Approved          ☐ Rejected

Accepted at CCC

Bed date of

**Reason for Rejection:**

\* If your home/employment plan has been rejected and you have another plan that can be investigated, an additional Statement of Residence/Employer form is attached for your use. Please send this form to the home provider to complete and return to you. When you receive the completed form, please forward it to the Institutional Parole Office.

\* If you do not have another plan, please contact the Institutional Parole Office, so the Board may provide some assistance to you in finding another home or consider possible placement in a community corrections center.

_____          _____
Offender Signature                                               Date

_____          _____
PBPP Staff Signature                                            Date

cc:      DOC Unit Manager
          Central Office File

RVSD 09.2013

Jonathan Lee Riches
KX9662
301 Institution Dr.
Bellefonte, PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES

ZIP 16823   $ 001.64⁰
02 1W
0001364647 JUN 01 2015

United States District Court
U.S. Courthouse
601 Market St,
Philadelphia, PA 19107

U.S.M.S.