IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

United States of America,
Plaintiff

v.

Jonathan Lee Riches,
Defendant

**RECEIVED**

JUN 0 5 2015

CASE NO. 2:12-CR-00517

## Motion to challenge the Validity of the Detainer placed on Me

My Lawyer Robert J. Donatoni is Inaffective under Strickland v. Washington. My mother retained Donatoni to defend me on this Federal matter December 2012, paying him over $15,000 dollars and a Detainer by the Government has been sitting on me for 2½ years and I told my lawyer numerous times I want A hearing on this matter via letters and communication with my mother to relate to him Since I signed waiver with my lawyer giving him Authorization to communicate my case with my mother, And my Attorney never sought a hearing only telling me that this will Be taken care of and I cant receive additional time because of Double Jeopardy. Also, the Government in this case was prejudiced Against me with a gross Delay giving me a revocation hearing in this matter, then Knowing here I have been, Failing to Act and the Govt, superceeds the date. My Due process has been violated because of my lawyers Incompetence and the Governments Deliberate indifference Waiting to try to give me a Consecutive Sentence. I made Parole for good Excellent behavior, Accepting responsibility, positive Attitude. I made parole on my minimum Sentence 2½-5 years. My Parole is

Scheduled for After June 19, 2015. And parole Approved my home plan to stay with my mother. Psycology records Will show I took my medications in this PADOC System Everyday Since March 2012, over 3 years, And Psycology medically cleared me for parole. I have No history of violence and I am Not a Danger to my community. The Govt.'s Delay in giving me a Revocation hearing for over 2½ years is shocking to the Conscience and gross prosecutor Abuse, the inaction of the prosecution to give me a revocation hearing is a violation of my rights and my Attorney Robert Donatoni, ineffective being paid to Defend me and has Acted on Nothing to resolve this matter is cruel and unusual Punishment and I already Been punished on this matter for the same conduct which is a violation of Due process.

this Detainer procedure has unreasonably delayed Adjudication of the revocation petition in violation of my Right to due process, And my Attorney Robert Donatoni, ineffective in Not corresponding with me and originally telling me my state and federal Sentences will run together when I hired him, Donatoni told me I cannot get consecutive Sentences for the same Act. I am in prison now for violating State probation, I was on Federal probation the same time, 2 probations running concurrent, State Violated me for leaving the state without permission and this Case the violation is for the same conduct, I already been punished For, My Attorney told me at the beginning 2+ years Ago I cannot get a Double Jeopardy sentence, I seek a teleconference hearing on this matter here and/or the removal of this Detainer, IN the Interest of Justice serves no purpose to give me additional time where I did everything I could possibly Do to better my self, taking programs, I was Senior coordinator in the therapetic community, I recieved no write ups or misconducts, I would Like this Detainer removed so I can Spend my 2½ years

Pages

in Pennsylvania State Parole under Parole Supervision, I see U my lawyer Robert Donatoni to contact me, I havent talked to him personaly in 2 ½ years.
I respectfully pray this honorable court for Relief

Respectfuly    6/2/15

Jonathan Lee Riches
KX9662
301 Institution DR
Bellefonte, PA 16823