IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :          CRIMINAL ACTION
                                   :
        v.                         :
                                   :          NO. 12-00517-01
JONATHAN LEE RICHES                :

### ORDER REVOKING SUPERVISED RELEASE

**AND NOW**, this **1ST** day of **July, 2015,** after hearing in open court sur violation of supervised release, with defendant and counsel being present, and the Court finding the defendant guilty of 2 grade C violations of supervised release, it is

**ORDERED AND ADJUDGED** that the order of supervised release entered in the above case is revoked; and it is

**FURTHER ORDERED AND ADJUDGED** that the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of 1 year and 1 day. This sentence is to run consecutive with the sentence imposed by the Court of Common Pleas in Chester County on February 7, 2013 at 97-CR-500. Upon release of custody, the defendant shall be placed on supervised release for a period of 24 months. During the period of incarceration, it is strongly recommended to the Bureau of Prisons that the defendant be designated to a Federal Medical Center so that he can undergo a full psychiatric/psychological evaluation to determine his mental health status and treatment needs upon his release from custody. All previously imposed conditions of supervised release shall remain in effect.

BY THE COURT:


 s/ Eduardo C. Robreno
EDUARDO C. ROBRENO


cc:    U.S. Marshal  (2)
       Carlos Montgomery, USPO (1)
       Mary Crawley, A.U.S.A.
       Robert Donatoni, ESQ


7/1/15         R.V.
Date        By Whom