IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 12-517 |
| v. | : | |
| | : | |
| JONATHAN LEE RICHES | : | |

### O R D E R

**AND NOW**, this **2nd** day of **July, 2015**, it is hereby **ORDERED** that the Defendant's pro se[1] motions (ECF Nos. 5, 6, 7) are **DENIED as moot.**

                                         /s/ Eduardo C. Robreno
                                         **EDUARDO C. ROBRENO, J.**

---

[1] Defendant was represented by counsel at the hearing regarding his violation of supervised release.