IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

United States of America,
Plaintiff

Case No 12-CR-000517

V.

Jonathan Lee Riches,
Defendant

## Motion to Modify a Condition of my Federal Supervised Release to be recognized as a Transgender Muslim Female, LGBT

Comes Now, the Defendant, Jonathan Lee Riches a/k/a Joanna Leigh Riche's, Moves this honorable Court to Modify a condition of my Federal Supervised Release when I am to be released from Custody on May 10th, 2016 for the United States Probation Dept to recognize me as a transgender Muslim Female with transgender Rights so I am not subjected to discrimination and humiliation from Male probation officers, And I move for counsel to Represent me on this sensitive Issue, I was born a Male, but I psycologically feel I am Female, and I Converted to Islam years Ago. I am the 1st open transgender Muslim which will also subject me to persecution by the Muslim community. I also plan to go through the Surgeries one day, but right now I am indigent and have NO Money, No money to pay my Restitution. Right Now I have to keep my Transgender thoughts a secret in the ½ way house because I am around violent Muslims who would discriminate and harass

me, I file this Modification to be recognized as transgender now because this is extraordinare circumstances, because I have to report to supervised Release within 72 hours and the male probation officer will subject me to taking a urine test in front of me in a male bathroom which would violate my rights. I also dont feel comfortable for a male probation officer to touch me physically. once on supervised released I dont want a male probation officer looking at my Penis when I urinate and I have a constitutional Right to be treated as a transgender muslim while on supervised Release Just like Any other transgender. my Appearance now is male in public, but I feel inside I am female, I wear Makeup and womens clothes in my home. I also seek a Modification to be allowed to legally change my name to Joanna Leigh Riches. In the Alternative I seek a hearing on this matter for this modification with a federal public defender Appointed to me Immediately once released from Federal custody or the Right once I am released to re petition this court for the same modification once I am out. I have the LGBT community Backing me on this Sensitive issue. I pray this court will grant my motion for relief. I also have a right to A transgender bathroom in the probation Dept.

Respectfully

2/9/16

Jonathan Lee Riches
301 East Erie Ave
Philadelphia, PA 19134