IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
     :      NO. 12-517
     v.      :
     :
JONATHAN LEE RICHES      :

**O R D E R**

**AND NOW,** this **17th** day of **February, 2016,** it is hereby **ORDERED** that the Defendant's pro se motion to modify a condition of his supervised release (ECF No. 20) is **DENIED.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

---

[1]      In his motion, Defendant describes a future and contingent development, which is not yet ripe for determination. Defendant is currently incarcerated and thus not presently subject to any supervised release conditions. Defendant's motion may be reasserted upon release.