### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  12-517** |
| | : | |
| **JONATHAN LEE RICHES** | : | |

### O R D E R

AND NOW, this       day of April, 2016, upon consideration of the defendant's

*pro se* Emergency Motion to Correct Clerical Error, and the government's Response in

Opposition, it is hereby ORDERED and ADJUDGED that the motion is DENIED.  There is no

clerical error in the Judgment and Commitment Order revoking the defendant's supervised release

(ECF #14, entered July 1, 2015).  On July 1, 2015, this Court revoked the defendant's supervised

release and sentenced him to a year and a day in prison, with that term imprisonment to run

consecutive to the term of imprisonment imposed on February 7, 2013 by the Court of Common

Pleas in Chester County.  The defendant argues that his sentence for violation of supervised

release was ordered to begin on June 19, 2015, but that the Bureau of Prisons incorrectly

commenced that term of imprisonment on June 26, 2015 instead.  This Court lacks jurisdiction to

direct the Bureau of Prisons to commence a sentence on a date that is earlier than the date the

sentence is imposed, or to order the Bureau of Prisons to award prior custody credit.  In any event,

the defendant has failed to exhaust his administrative remedies as to any issue raised in his motion

prior to seeking judicial review of his sentence.

**BY THE COURT:**

_____

**HONORABLE EDUARDO C. ROBRENO**
*Judge, United States District Court*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  12-517** |
| | : | |
| **JONATHAN LEE RICHES** | : | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO**
***PRO SE* EMERGENCY MOTION TO CORRECT CLERICAL ERROR**

The United States of America, by and through its attorneys, Zane David Memeger, United

States Attorney for the Eastern District of Pennsylvania, and Mary E. Crawley, Assistant United

States Attorney, hereby submits its Response in Opposition to  defendant's Pro Se Emergency

Motion to Correct Clerical Error (ECF #25), and in support of its Response states as follows:

1.      On March 24, 2003, a grand jury sitting in the Southern District of Texas

returned an indictment, naming as defendants Jonathan Lee Riches ("the defendant" or

"Riches") and four other individuals.

2.      On July 9, 2003, a superseding indictment was returned, charging the

defendant with conspiracy to commit wire fraud in violation of 18 U.S.C. § 371; conspiracy to

launder money, in violation of 18 U.S.C. § 1956(h); 12 counts of wire fraud in violation of 18

U.S.C. § 1343; access device fraud in in violation of 18 U.S.C. § 1029(a)(3); and fraud in

connection with identification documents in violation of 18 U.S.C. § 1028(a)(1) ("the

superseding indictment").  The charges arose from a scheme led by Riches to steal the identities

of more than 2,000 innocent victims and use the stolen identities to commit credit card fraud,

causing a total intended loss of approximately $1,624,733, and an actual loss for restitution

purposes of approximately $92,680 to five financial institutions.  Presentence Report (PSR), ¶¶

42, 44, 51, 134.

3.      On September 19, 2003, pursuant to a written guilty plea agreement, the defendant pleaded guilty to Counts One and Three of the superseding indictment, charging conspiracy to commit wire fraud and one count of wire fraud, in in violation of 18 U.S.C. §§ 371 and 1343.

4.      On June 10, 2004, the district court in the Southern District of Texas sentenced Riches to a term of imprisonment of 60 months on Count One, and 125 months on Count Three to run concurrently; a term of three years' supervised release on Count One and five years' supervised release on Count Three to run concurrently; restitution of $92,680; and a $200 special assessment.

5.      By order entered September 24, 2012,  jurisdiction of the defendant's supervised release was transferred to the Eastern District of Pennsylvania, where Riches' case was assigned to this Court.

6.      On July 1, 2015, this Court found that Riches had violated the terms of his supervised release, revoked the defendant's supervised release and imposed a sentence of a year and a day in prison, with that term of imprisonment to run consecutive to the term of imprisonment imposed on February 7, 2013 by the Court of Common Pleas in Chester County.

7.      On April 8, 2016, the defendant filed a *pro se* Emergency Motion to Correct Clerical Error (ECF #25), in which he also seeks appointed counsel to help prosecute his motion.  The Motion claims that at sentencing for the violation of supervised release, this Court had ordered that Riches' sentence commence on June 19, 2015, but that the Bureau of Prisons incorrectly computed his sentence as commencing on June 26, 2015 instead.  He seeks an Order of this Court correcting the alleged error.  As explained below, there is no clerical error in this Court's Order revoking supervised release; this Court lacks jurisdiction to direct the Bureau of Prisons to

2

commence a sentence on a date that is earlier than the date the sentence is imposed, or to order the Bureau of Prisons to award prior custody credit.  In any event, the defendant has failed to exhaust his administrative remedies as to any issue raised in his motion, prior to seeking judicial review of the conditions of his confinement.  Thus the defendant's motion should be dismissed.

8.    First, the Motion must be dismissed because Riches has failed to exhaust any issue raised in the Emergency Motion through the Bureau of Prisons administrative remedy process.  The defendant seeks an Order to correct an alleged clerical error; however, he claims that the problem he seeks to correct is the Bureau of Prisons' computation of his term of imprisonment for violation of his supervised release.  He alleges that instead of commencing his term on June 19, 2015, as intended by this Court, the Bureau of Prisons determined his federal sentence commenced upon imposition, on July 1, 2015.  Thus it appears the defendant is actually challenging the Bureau of Prisons' determination of his projected release date, and not the legality of the sentence itself.

9.    It is well-settled that a challenge to the fact or duration of a term of imprisonment is properly construed as a petition for writ of habeas corpus under 28 U.S.C. § 2241. Preiser v. Rodriguez, 411 U.S. 475, 498-99 (1973), Telford v. Hepting, 980 F.2d 745, 748 (3d Cir. 1993).  Similarly, it is well-settled that a federal prisoner must exhaust the appropriate administrative remedies before filing a habeas corpus petition.  O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999); Callwood v. Enos, 230 F.3d 627, 634 (3d Cir. 2000); Sanchez v. Miller, 792 F.2d 694, 697 (7th Cir. 1986), cert denied, 479 U.S. 1056 (1987).  "Although there is no statutory exhaustion requirement attached to § 2241, [the United States Court of Appeals for the Third Circuit has] consistently applied an exhaustion requirement to claims brought under § 2241." Callwood v. Enos, 230 F.3d 627, 634 (3d Cir. 2000) (citing Arias v. United States Parole Comm'n, 648 F.2d 196, 199 (3d Cir. 1981)(requiring federal prisoner to exhaust administrative remedies before bringing claim under § 2241)).  See also Marti v. Nash, 227 Fed. Appx. 148, 150, 2007 WL

1072969 (3d Cir. 2007) (non-precedential); Blom v. Folino, 201 Fed. Appx. 899, 901, 2006 WL

3051794 (3d Cir. 2006) (non-precedential); Ridley v. Smith, 179 Fed. Appx. 109, 111, 2006 WL

168780 (3d Cir. 2006) (non-precedential); United States v. Brann, 990 F.2d 98 (3d Cir. 1993);

Gonzalez v. Perrill, 919 F.2d 1 (2d Cir. 1990); Arias v. United States Parole Commission, 648 F.2d

196) (3d Cir. 1981); Soyka v. Alldredge, 481 F.2d 303 (3d Cir. 1973).

10.     The administrative remedy procedure for federal prisoners bringing a 28

U.S.C. § 2241 petition are set forth at 28 C.F.R. §§ 542.10-.18 (2013).  The Bureau of Prisons'

administrative remedy procedure provides formal review of any complaint which relates to any

aspect of the inmate's confinement.  Under this process, inmates are encouraged to first attempt

informal resolution of their complaints informally by discussing the matter with a member of their

Unit Team.  A record of that attempt is signed by the inmate and a member of the Unit Team.  28

C.F.R. § 542.13.  If informal resolution is insufficient to resolve the matter, the inmate may file a

formal complaint with the Warden within twenty days of the date on which the basis of the

complaint occurred.  28 C.F.R. § 542.14.  If the inmate is not satisfied with the Warden's response,

he or she may appeal the response to the Regional Director.  28 C.F.R.§ 542.15.  If the inmate is

dissatisfied with the Region's response, he or she may file a Central Office Appeal with the Office

of General Counsel in Washington, D.C.  28 C.F.R. § 542.15.  Appeal to the Office of General

Counsel is the final administrative appeal in the Bureau of Prisons.  28 C.F.R. § 542.15.

11.     In this case, Riches has not exhausted his available administrative remedies

for any issue raised in the Emergency Motion through the administrative remedy process.  See

Declaration of Alisha Gallagher, attached as Exhibit A, ¶ 6. The Defendant's 's Administrative

Remedy Record reflects that to date, he has filed no administrative remedy requests or appeals in

which he challenged any aspect of the computation of his federal SRV term.  See Exhibit A,

declaration, Document B.  Therefore, because the defendant has failed to exhaust any issue raised

4

in the Emergency Motion prior to seeking judicial review of his sentence, his Motion must be dismissed.

12.      Even assuming for the sake of argument that Riches had fully exhausted his available administrative remedies regarding the computation of his federal sentence, his Motion must still be dismissed, because this Court lacks jurisdiction to direct the Bureau of Prisons to commence a sentence on a date that is earlier than the date the sentence is imposed or to order the Bureau of Prisons to award prior custody credit.

13.      The Bureau of Prisons is the agency responsible for computing federal sentences in accordance with the laws governing the computation of federal sentences.  See, *e.g.*, United States v. Wilson, 503 U.S. 329, 331 (1992); 28 C.F.R. § 0.96.  Federal sentence computations are governed by the following federal statutes: 18 U.S.C. §§ 3584(a), which governs a federal sentencing court's authority to order that a federal sentence be served concurrently or consecutively with a state sentence; 18 U.S.C. § 3585(a), which governs the date upon which a federal sentence commences; and 18 U.S.C. § 3585(b), which governs the credit an inmate may receive for time he spent in official detention prior to the date his federal sentence commenced. The Bureau of Prisons policies regarding sentence computation are set forth in Program Statement 5880.28, Sentence Computation Manual.[1]   The interpretation of a statute by the agency charged with administering it is entitled to some deference, so long as its interpretation is not clearly erroneous or contrary to law or the constitution.  See Reno v. Koray, 515 U.S. 50, 60 (1995).

14.      For federal sentences, the commencement date is governed by federal statute codified at 18 U.S.C. § 3585(a). That statute provides:

> A sentence to a term of imprisonment commences on the date the defendant is received in custody awaiting transportation to, or arrives voluntarily to commence service of sentence at, the official detention facility at which the sentence is to be

---

[1] Bureau of Prisons Program Statements are available online at www.bop.gov.

served.

The Bureau of Prisons has interpreted § 3585(a) such that it will not commence a federal sentence earlier than the date on which it was imposed. Bureau of Prisons Program Statement 5880.28, Sentence Computation Manual, CCCA of 1984), Chapt. 1, page 13 ("in no case can a federal sentence of imprisonment commence earlier than the date on which it is imposed."). This interpretation of § 3585(a) has been upheld by federal courts tasked with reviewing federal sentence computations. *See* Blood v. Bledsoe, 648 F.3d 203, 207-08 (3d Cir. 2011) (rule prohibiting federal sentences from commencing prior to the date of imposition, as stated in Program Statement 5880.28 is a permissible interpretation of § 3585); Rashid v. Quintana, 372 Fed. Appx 260, 262 (3d Cir. 2010) (a federal sentence may not commence on a date prior to the date it is imposed); United States v. Pungitore, 910 F.2d 1084, 1118-19 (3d Cir. 1990)); DeMartino v. Thompson, Civil No. 96-6322, 1997 WL 362260 at \*2 (10th Cir. July 1, 1997) ("Logically, a [federal sentence cannot commence prior to the date it is pronounced even if made concurrent with a sentence already being served." (*quoting* United Sates v Flores, 616 F.2d 840, 841 (5th Cir. 1980)).

15. The records in this case reflect that the defendant's term of imprisonment was imposed on July 1, 2015, and the Bureau of Prisons commenced that term on July 1, 2015. Thus, in accordance with 18 U.S.C. § 3585(a),  Riches' term commenced on July 1, 2015, the date it was imposed, which is the earliest possible date for a federal sentence to commence. To the extent that the defendant seeks an order directing the Bureau of Prisons to award him prior custody credit for time served from June 19, 2015, through June 30, 2015, such a request must be denied. Prior custody credit is governed by 18 U.S.C. § 3585(b). This statute provides:

> Credit for prior custody.-A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences-

6

(1) as a result of the offense for which the sentence was imposed; or

(2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;

*That has not been credited against another sentence*.

18 U.S.C. § 3585(b) (emphasis added).

In United States v. Wilson, 503 U.S. 329 (1992), the Supreme Court held that the Bureau of Prisons and not federal sentencing courts, is vested with the authority to determine prior custody credit.  In addition, the Wilson Court held that 18 U.S.C. § 3585(b) prohibits the Bureau of Prisons from double crediting or awarding prior custody credit for any time that has been credited against any other sentence. See also, Rios v. Wiley, 201 F.3d 257, 272 (3d Cir. 2001) (*superseded by statute* as stated in U.S. v. Saintville, 218 F.3d 246 (3d Cir. 2000)); Tisdale v. Menifee, 166 F.Supp. 2d 789 (S.D.N.Y. 2001); Chambers v. Holland, 920 F.Supp. 618, 623 (M.D.Pa.)("Section 3585 does not permit credit on a federal sentence for time served and credited against another sentence."), *aff'd*, 100 F.3d 946 (3d Cir. 1996)(table); see also United States v. Labeille-Soto, 163 F.3d 93, 99 (2d Cir. 1998) (noting that a defendant has no right to credit on his federal sentence for time that has been credited against his prior state sentence); United States v. Kramer, 12 F.3d 130, 132 (8th Cir 1993) (holding that the Bureau of Prisons "properly decided not to award credit for time served, as it would have contravened the proscription in 18 U.S.C. § 3585(b) against double crediting").

16.     As the defendant notes in his motion, he received five days of prior custody credit for time served from June 26, 2015, through June 30, 2015.  To the extent that he seeks additional prior custody credit, he must raise this issue to the Bureau of Prisons through the administrative remedy process before seeking judicial relief.

WHEREFORE, the United States respectfully requests that this Court deny the

*pro se* motion.  A proposed order is attached for that purpose.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


 s/ Mary E. Crawley
MARY E. CRAWLEY
Assistant United States Attorney


Date: April 13, 2016

8

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     :
                                  :
        v.                      :       Criminal Action No. 12-517
                                    :
JONATHAN LEE RICHES,       :
        Defendant.         :

### DECLARATION OF ALISHA GALLAGHER

I, Alisha Gallagher, do hereby declare, certify and state as follows:

1. I am a Paralegal Specialist employed by the United States Department of Justice, Federal Bureau of Prisons, Northeast Regional Office, Philadelphia, Pennsylvania. I have held this position since approximately January 2016. In my official capacity, I have access to most records maintained in the ordinary course of business at the Federal Bureau of Prisons Northeast Regional Office, including records maintained in the Bureau of Prisons computerized database.

2. As a Paralegal Specialist, I am familiar with the Bureau's administrative remedy process as set forth at 28 C.F.R. § 542.10, et seq.

3. In order to exhaust all process under the Administrative Remedy Procedure for Inmates, an inmate must first attempt to informally resolve the dispute with institution staff. 28 C.F.R. § 542.13. If informal resolution efforts fail, the inmate may raise his or her complaint to the Warden of the institution in which he or she is confined, within 20 calendar days of the date that the basis of the complaint occurred. 28 C.F.R. §§ 542.13, 542.14. If the Warden denies the administrative remedy request, the inmate may file an appeal with the Regional Director within 20 calendar days of the date of the Warden's response. 28 C.F.R. §§ 542.14, 542.15. If the Regional Director denies the appeal, the inmate may appeal that decision to the General Counsel of the Federal Bureau of Prisons within 30 calendar days from the date of the Regional Director's response. 28 C.F.R. §§ 542.14 and 542.15. The Administrative Remedy Procedure is not considered to be "exhausted" until an inmate's final appeal is denied by the Bureau of Prisons' General Counsel.

4. In the ordinary course of business, computerized indexes of all administrative remedy requests and

and appeals filed by inmates are maintained in the Bureau of Prisons computerized database so that rapid verification may be made as to whether an inmate has exhausted the administrative remedy process on a particular issue. I have access to the above-described computerized database.

5. On or about April 12, 2016, in connection with the above-captioned criminal case, I accessed the computerized indexes of the administrative remedies filed by Jonathan Lee Riches, Reg. No. 40948-018, to determine whether he had attempted to exhaust the highest level of administrative appeal on the issues raised in this case.

6. Following a search of the administrative remedy index, I determined that inmate Riches has not exhausted his available administrative remedies regarding any of the issues raised in the Emergency Motion to Correct Clerical Error, which was filed in the above-captioned criminal case. My search of the Bureau of Prisons administrative remedy index for all administrative remedy requests and appeals filed by inmate Riches reflects that to date, he has not filed a single Administrative Remedy Request or Appeal at any level in which he challenged to the computation of his federal supervised release violator term.

7. Attached hereto, please find a true and correct copy of the following records and/or documents that are maintained in the ordinary course of Business in the Bureau of Prisons computer database:

   a. Public Information Data for inmate Jonathan Lee Riches, Reg. No. 40948-018;

   b. Administrative Remedy Generalized Retrieval for inmate Jonathan Lee Riches; and

   c. Order Revoking Supervised Release, United States of America v. Jonathan Lee Riches, Criminal Action No. 12-00517 (EDPa).

>   I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this      12th            day of April, 2016.

Alisha Gallagher
Paralegal Specialist
Philadelphia, Pennsylvania

2

# Document A

```
   NERAT          *          PUBLIC INFORMATION          *      04-12-2016
PAGE 001           *               INMATE DATA            *      09:04:45
                            AS OF 04-12-2016


REGNO..: 40948-018 NAME: RICHES, JONATHAN LEE


                  RESP OF: PHL
                  PHONE..: 215-521-4000    FAX: 215-521-7220
                                           RACE/SEX...: WHITE / MALE
                                           AGE:  39
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 05-10-2016                    PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERAT          *              PUBLIC INFORMATION         *      04-12-2016
PAGE 002         *                 INMATE DATA            *      09:04:45
                              AS OF 04-12-2016


REGNO..: 40948-018 NAME: RICHES, JONATHAN LEE


                    RESP OF: PHL
                    PHONE..: 215-521-4000    FAX: 215-521-7220
HOME DETENTION ELIGIBILITY DATE: 04-05-2016


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-10-2016 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------


COURT OF JURISDICTION..........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER..................: 12-00517-01
JUDGE..........................: ROBRENO
DATE SENTENCED/PROBATION IMPOSED: 06-10-2004
DATE SUPERVISION REVOKED.......: 07-01-2015
TYPE OF SUPERVISION REVOKED....: REG
DATE COMMITTED.................: 08-04-2015
HOW COMMITTED..................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED..............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $200.00        $00.00        $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $92,680.00


------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  153
OFF/CHG: 18:371; 18:1343 AND 2 - CONSPIRACY TO COMMIT WIRE FRAUD; WIRE
         FRAUD, AIDING AND ABETTING   **SRV

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:    1 YEARS      1 DAYS
 TERM OF SUPERVISION............:   24 MONTHS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 02-25-2002


G0002      MORE PAGES TO FOLLOW . . .
```

```
NERAT          *          PUBLIC INFORMATION          *          04-12-2016
PAGE 003       *          INMATE DATA                 *          09:04:45
                         AS OF 04-12-2016
```

REGNO..: 40948-018 NAME: RICHES, JONATHAN LEE


```
                    RESP OF: PHL
                    PHONE..: 215-521-4000   FAX: 215-521-7220
------------------------CURRENT COMPUTATION NO: 020 -------------------------
```

COMPUTATION 020 WAS LAST UPDATED ON 08-19-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-19-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

```
DATE COMPUTATION BEGAN..........: 07-01-2015
TOTAL TERM IN EFFECT............:     1 YEARS      1 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS      1 DAYS
EARLIEST DATE OF OFFENSE........: 02-25-2002

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    06-26-2015    06-30-2015

TOTAL PRIOR CREDIT TIME.........: 5
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 47
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 05-10-2016
EXPIRATION FULL TERM DATE.......: 06-26-2016
TIME SERVED.....................:     9 MONTHS    17 DAYS
PERCENTAGE OF FULL TERM SERVED..:  79.5

PROJECTED SATISFACTION DATE.....: 05-10-2016
PROJECTED SATISFACTION METHOD...: GCT REL
```

G0002      MORE PAGES TO FOLLOW . . .

```
   NERAT          *         PUBLIC INFORMATION        *      04-12-2016
PAGE 004          *            INMATE DATA            *      09:04:45
                          AS OF 04-12-2016


REGNO..: 40948-018 NAME: RICHES, JONATHAN LEE

                RESP OF: PHL


HOME DETENTION ELIGIBILITY DATE: 10-30-2011


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  04-30-2012 VIA GCT REL


-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER..................: 4:03CR00090-002
JUDGE..........................: HARMON
DATE SENTENCED/PROBATION IMPOSED: 06-10-2004
DATE COMMITTED.................: 08-17-2004
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO


             FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00       $00.00        $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $92,680.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  153
OFF/CHG: 18:371; 18L1343 AND 2 - CONSPIRACY TO COMMIT WIRE FRAUD; WIRE
        FRAUD, AIDING AND ABETTING

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   125 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 02-25-2002




G0002      MORE PAGES TO FOLLOW . . .
```

```
  NERAT          *           PUBLIC INFORMATION      *      04-12-2016
PAGE 005 OF 005 *              INMATE DATA           *      09:04:45
                           AS OF 04-30-2012


 REGNO..: 40948-018 NAME: RICHES, JONATHAN LEE


                     RESP OF: PHL
                     PHONE..: 215-521-4000   FAX: 215-521-7220
-------------------------PRIOR COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 02-24-2011 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-01-2010 BY DESIG/SENTENCE COMPUTATION CTR


THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010


DATE COMPUTATION BEGAN..........: 06-10-2004
TOTAL TERM IN EFFECT............:   125 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS      5 MONTHS
EARLIEST DATE OF OFFENSE........: 02-25-2002


JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    02-25-2003   06-09-2004


TOTAL PRIOR CREDIT TIME.........: 471
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 452
TOTAL GCT EARNED................: 452
STATUTORY RELEASE DATE PROJECTED: 04-30-2012
EXPIRATION FULL TERM DATE.......: 07-26-2013
TIME SERVED.....................:    9 YEARS     2 MONTHS     5 DAYS
PERCENTAGE OF FULL TERM SERVED..:  88.1


ACTUAL SATISFACTION DATE........: 04-30-2012
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: LEX
ACTUAL SATISFACTION KEYED BY....: PRP


DAYS REMAINING..................: 452
FINAL PUBLIC LAW DAYS...........: 0
```


```
 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Document B

```
   NERAT              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-12-2016
  PAGE 001                                                                  09:23:30
        FUNCTION: |LST| SCOPE: |REG|   |EQ| 40948-018  |  OUTPUT FORMAT: |FULL            |
  -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
  DT RCV: FROM |_____|  THRU |_____|  DT |STS|: FROM |_____|  THRU |_____
  DT |STS|: FROM |___| TO |___| DAYS BEFORE "OR" FROM |___| TO |___| DAYS AFTER DT |RDU|
  DT |TDU|: FROM |___| TO |___| DAYS BEFORE "OR" FROM |___| TO |___| DAYS AFTER DT |TRT|
  STS/REAS: |_____| |_____| |_____| |_____| |_____| |_____| |_____| |_____| |___
  SUBJECTS: |____| |____| |____| |____| |____| |____| |____| |____| |____| |____| |____| |_
  EXTENDED: |_| REMEDY LEVEL: |_| |_|              RECEIPT: |_| |_| |_| "OR" EXTENSION: |_| |_| |_
  RCV  OFC : |EQ| |_____|     |_____|     |_____|     |_____|     |_____|     |_____|
  TRACK: DEPT: |_____| |_____| |_____| |_____| |_____| |_____|
         PERSON: |___|       |___|       |___|       |___|       |___|       |___|
           TYPE: |___|       |___|       |___|       |___|       |___|       |___|
  EVNT FACL: |EQ| |_____|     |_____|     |_____|     |_____|     |_____|     |_____|
  RCV FACL.: |EQ| |_____|     |_____|     |_____|     |_____|     |_____|     |_____|
  RCV UN/LC: |EQ| |_____| |_____| |_____| |_____| |_____| |_____|
  RCV QTR..: |EQ| |_____| |_____| |_____| |_____| |_____| |_____|
  ORIG FACL: |EQ| |_____|     |_____|     |_____|     |_____|     |_____|     |_____|
  ORG UN/LC: |EQ| |_____| |_____| |_____| |_____| |_____| |_____|
  ORIG QTR.: |EQ| |_____| |_____| |_____| |_____| |_____| |_____|


  G0002        MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
PAGE 002            *          FULL SCREEN FORMAT              *       09:24:55


REGNO: 40948-018 NAME: RICHES, JONATHAN
RSP OF...: PHL UNT/LOC/DST: 6 SOUTH                QTR.: F04-647U    RCV OFC: WIL
REMEDY ID: 415277-F1      SUB1: 25EM SUB2:         DATE RCV:    05-31-2006
UNT  RCV..:UNIT 1        QTR RCV.: A03-108LH      FACL RCV: WIL
UNT  ORG..:UNIT 1        QTR ORG.: A03-108LH      FACL ORG: WIL
EVT FACL.: WIL     ACC LEV:  WIL  1                    RESP DUE:  TUE  06-20-2006
ABSTRACT.: CLAIMS NOT ENOUGH BENCHES IN COMMISSARY
STATUS DT: 06-14-2006  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 06-02-2006
REMARKS..:



   G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-12-2016
PAGE 003           *           FULL SCREEN FORMAT              *         09:24:55


REGNO: 40948-018 NAME: RICHES, JONATHAN
RSP OF...: PHL UNT/LOC/DST: 6 SOUTH              QTR.: F04-647U    RCV OFC: WIL
REMEDY ID: 418835-F1        SUB1: 34ZM SUB2:       DATE RCV:   06-20-2006
UNT  RCV..:UNIT 1        QTR RCV.: A03-108LH       FACL RCV: WIL
UNT  ORG..:UNIT 1        QTR ORG.: A03-108LH       FACL ORG: WIL
EVT FACL.: WIL    ACC LEV:                          RESP DUE:
ABSTRACT.: COMPLAINT AGAINST MEDICAL STAFF
STATUS DT: 06-21-2006  STATUS CODE: REJ STATUS REASON: INF CON SEN
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 07-05-2006
REMARKS..:



   G0002      MORE PAGES TO FOLLOW . . .
```

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
  PAGE 004          *            FULL SCREEN FORMAT              *      09:24:55


  REGNO: 40948-018 NAME: RICHES, JONATHAN
  RSP OF...: PHL UNT/LOC/DST: 6 SOUTH              QTR.: F04-647U    RCV OFC: WIL
  REMEDY ID: 443016-F1      SUB1: 12YM SUB2:       DATE RCV:   02-15-2007
  UNT  RCV..:UNIT 1      QTR RCV.: A03-108LH      FACL RCV: WIL
  UNT  ORG..:UNIT 1      QTR ORG.: A03-108LH      FACL ORG: WIL
  EVT FACL.: WIL    ACC LEV:  WIL  1                  RESP DUE:  WED  03-07-2007
  ABSTRACT.: REQ TO WORK IN UNICOR AND EARN MINIMUM WAGE
  STATUS DT: 02-26-2007  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:          RCT: P EXT:   DATE ENTD: 02-16-2007
  REMARKS..:




  G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       04-12-2016
 PAGE 005           *            FULL SCREEN FORMAT              *       09:24:55


 REGNO: 40948-018 NAME: RICHES, JONATHAN
 RSP OF...: PHL UNT/LOC/DST: 6 SOUTH            QTR.: F04-647U    RCV OFC: WIL
 REMEDY ID: 516371-F1      SUB1: 33FM SUB2:     DATE RCV:   11-20-2008
 UNT  RCV..:UNIT 1       QTR RCV.: A04-219U     FACL RCV: WIL
 UNT  ORG..:UNIT 1       QTR ORG.: A04-219U     FACL ORG: WIL
 EVT FACL.: WIL    ACC LEV:  WIL  1                       RESP DUE:  WED  12-10-2008
 ABSTRACT.: CLAIMS STAFF OPENING LEGAL MAIL WITHOUT HIM PRESENT
 STATUS DT: 12-03-2008  STATUS CODE: CLO STATUS REASON: XPL
 INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-20-2008
 REMARKS..:




 G0002       MORE PAGES TO FOLLOW . . .
```

```
 NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-12-2016
PAGE 006          *            FULL SCREEN FORMAT            *        09:24:55


REGNO: 40948-018 NAME: RICHES, JONATHAN
RSP OF...: PHL UNT/LOC/DST: 6 SOUTH              QTR.: F04-647U    RCV OFC: WIL
REMEDY ID: 517753-F1      SUB1: 16ZM SUB2:       DATE RCV:   12-03-2008
UNT  RCV..:UNIT 1       QTR RCV.: A04-219U       FACL RCV: WIL
UNT  ORG..:UNIT 1       QTR ORG.: A04-219U       FACL ORG: WIL
EVT FACL.: WIL    ACC LEV:                       RESP DUE:
ABSTRACT.: CLAIMS STAFF TAMPERED WITH MAIL ON 10-31-08
STATUS DT: 12-03-2008  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 12-03-2008
REMARKS..:




 G0002        MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
 PAGE 007          *              FULL SCREEN FORMAT            *      09:24:55


 REGNO: 40948-018 NAME: RICHES, JONATHAN
 RSP OF...: PHL UNT/LOC/DST: 6 SOUTH              QTR.: F04-647U    RCV OFC: WIL
 REMEDY ID: 517754-F1      SUB1: 16ZM SUB2:       DATE RCV:   12-03-2008
 UNT  RCV..:UNIT 1      QTR RCV.: A04-219U        FACL RCV: WIL
 UNT  ORG..:UNIT 1      QTR ORG.: A04-219U        FACL ORG: WIL
 EVT FACL.: WIL    ACC LEV:                       RESP DUE:
 ABSTRACT.: CLAIMS STAFF TAMPERED WITH MAIL ON 10-22-08
 STATUS DT: 12-03-2008  STATUS CODE: REJ STATUS REASON: UTF
 INCRPTNO.:          RCT:   EXT:   DATE ENTD: 12-03-2008
 REMARKS..:




 G0002       MORE PAGES TO FOLLOW . . .
```

```
   NERAT         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
   PAGE 008         *          FULL SCREEN FORMAT              *       09:24:55


   REGNO: 40948-018 NAME: RICHES, JONATHAN
   RSP OF...: PHL UNT/LOC/DST: 6 SOUTH            QTR.: F04-647U   RCV OFC: LEX
   REMEDY ID: 633493-F1      SUB1: 34FS SUB2:      DATE RCV:   04-04-2011
   UNT  RCV..:YOU GP       QTR RCV.: Z03-001LAD    FACL RCV: LEX
   UNT  ORG..:YOU GP       QTR ORG.: Z03-001LAD    FACL ORG: LEX
   EVT FACL.: LEX    ACC LEV:  LEX  1                RESP DUE:  SUN  04-24-2011
   ABSTRACT.: CLAIMS HE HAS BEEN SEXUALLY ASSAULTED BY STAFF
   STATUS DT: 04-05-2011  STATUS CODE: CLG STATUS REASON: PAR
   INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-04-2011
   REMARKS..:




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
  PAGE 009          *            FULL SCREEN FORMAT            *        09:24:55


  REGNO: 40948-018 NAME: RICHES, JONATHAN
  RSP OF...: PHL UNT/LOC/DST: 6 SOUTH            QTR.: F04-647U    RCV OFC: LEX
  REMEDY ID: 633497-F1     SUB1: 33FS SUB2:      DATE RCV:   04-04-2011
  UNT  RCV..:YOU GP      QTR RCV.: Z03-001LAD    FACL RCV: LEX
  UNT  ORG..:YOU GP      QTR ORG.: Z03-001LAD    FACL ORG: LEX
  EVT FACL.: LEX    ACC LEV:  LEX  1                  RESP DUE:  SUN  04-24-2011
  ABSTRACT.: STATES STAFF ARE OPENING HIS LEGAL MAIL
  STATUS DT: 04-08-2011  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-04-2011
  REMARKS..:




  G0002       MORE PAGES TO FOLLOW . . .
```

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
PAGE 010           *            FULL SCREEN FORMAT              *      09:24:55


REGNO: 40948-018 NAME: RICHES, JONATHAN
RSP OF...: PHL UNT/LOC/DST: 6 SOUTH            QTR.: F04-647U    RCV OFC: LEX
REMEDY ID: 633499-F1      SUB1: 34AS SUB2:     DATE RCV:   04-04-2011
UNT  RCV..:YOU GP      QTR RCV.: Z03-001LAD    FACL RCV: LEX
UNT  ORG..:YOU GP      QTR ORG.: Z03-001LAD    FACL ORG: LEX
EVT FACL.: LEX    ACC LEV:  LEX  1                RESP DUE:  SUN  04-24-2011
ABSTRACT.: STATES A STAFF MEMBER THREATENED HIM
STATUS DT: 04-05-2011  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-04-2011
REMARKS..:




  G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
  PAGE 011         *            FULL SCREEN FORMAT              *      09:24:55


  REGNO: 40948-018 NAME: RICHES, JONATHAN
  RSP OF...: PHL UNT/LOC/DST: 6 SOUTH                QTR.: F04-647U   RCV OFC: MXR
  REMEDY ID: 638495-R1      SUB1: 34DS SUB2: 34AS DATE RCV:   04-04-2011
  UNT  RCV..:YOU GP      QTR RCV.: Z03-001LAD    FACL RCV: LEX
  UNT  ORG..:YOU GP      QTR ORG.: Z03-001LAD    FACL ORG: LEX
  EVT FACL.: LEX    ACC LEV:                        RESP DUE:
  ABSTRACT.: SEXUAL ASSAULT BY SHU OFFICER/THREATS BY SHU STAFF
  STATUS DT: 04-29-2011  STATUS CODE: REJ STATUS REASON: MLT QUA IRQ RSR OTH
  INCRPTNO.:          RCT:  EXT:  DATE ENTD: 05-09-2011
  REMARKS..: 2 SEPARATE COMPLAINTS NEED SEPARATE BP9'S & 10'S.SYS
            SHOWS 2 REMEDIES FOR ABOVE ABSTRACT 633493-F1 & 6334
            99-F1 FILED 4/5/11 U FAILED TO INCLUDE REMEDY #.




  G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       04-12-2016
PAGE 012          *              FULL SCREEN FORMAT             *       09:24:55


REGNO: 40948-018 NAME: RICHES, JONATHAN
RSP OF...: PHL UNT/LOC/DST: 6 SOUTH                 QTR.: F04-647U    RCV OFC: BOP
REMEDY ID: 638495-A1       SUB1: 34DS SUB2: 34AS DATE RCV:    04-06-2011
UNT  RCV..:YOU GP        QTR RCV.: Z03-001LAD     FACL RCV: LEX
UNT  ORG..:YOU GP        QTR ORG.: Z03-001LAD     FACL ORG: LEX
EVT FACL.: LEX    ACC LEV:                         RESP DUE:
ABSTRACT.: SEXUAL ASSAULT BY SHU OFFICER/THREATS BY SHU STAFF
STATUS DT: 05-10-2011  STATUS CODE: REJ STATUS REASON: MLT QUA WRL OTH
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-10-2011
REMARKS..: FOLLOW INSTRUCTIONS PREVIOUSLY PROVIDED; CORRECT
           DEFICIENCIES AND RESUBMIT TO THE INSTITUTION FOR
           CONSIDERATION BY THE WARDEN.




 G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
PAGE 013          *           FULL SCREEN FORMAT              *       09:24:55


REGNO: 40948-018 NAME: RICHES, JONATHAN
RSP OF...: PHL UNT/LOC/DST: 6 SOUTH               QTR.: F04-647U   RCV OFC: MXR
REMEDY ID: 633499-R1       SUB1: 34AS SUB2: 34BS DATE RCV:   04-25-2011
UNT  RCV..:YOU GP       QTR RCV.: Z03-002LAD     FACL RCV: LEX
UNT  ORG..:YOU GP       QTR ORG.: Z03-001LAD     FACL ORG: LEX
EVT FACL.: LEX    ACC LEV:  LEX  1                     RESP DUE:
ABSTRACT.: DOCTOR HARASS & THREATEN HIM 1/10/11-3/5/11 IN SHU
STATUS DT: 04-29-2011   STATUS CODE: REJ STATUS REASON: IRQ RSR OTH
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-11-2011
REMARKS..: U FAIL TO ENCLOSE BP9 & 9 RESPONSE. U HAVE 10 DAYS
            FROM DATE OF REJECT NOTICE TO RESUBMIT CORRECTION
            OTHERWISE UNTIMELY




 G0002       MORE PAGES TO FOLLOW . . .
```

```
  NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
PAGE 014          *            FULL SCREEN FORMAT              *      09:24:55


REGNO: 40948-018 NAME: RICHES, JONATHAN
RSP OF...: PHL UNT/LOC/DST: 6 SOUTH            QTR.: F04-647U   RCV OFC: MXR
REMEDY ID: 633499-R2      SUB1: 34AS SUB2: 34BS DATE RCV:   06-06-2011
UNT  RCV..:YOU GP       QTR RCV.: Z03-001LAD    FACL RCV: LEX
UNT  ORG..:YOU GP       QTR ORG.: Z03-001LAD    FACL ORG: LEX
EVT FACL.: LEX    ACC LEV:  LEX  1                   RESP DUE:
ABSTRACT.: DOCTOR HARASS & THREATEN HIM 1/10/11-3/5/11 IN SHU
STATUS DT: 07-20-2011  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 07-20-2011
REMARKS..: SUBMIT REJECTION ON WRONG REMEDY SINCE I/M WROTE
           THE ABOVE REMEDY # IN COMPLAINT BUT CASE# @ BOTTOM
           IS 633493-F1




  G0002      MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
  PAGE 015          *            FULL SCREEN FORMAT              *      09:24:55


  REGNO: 40948-018 NAME: RICHES, JONATHAN
  RSP OF...: PHL UNT/LOC/DST: 6 SOUTH            QTR.: F04-647U   RCV OFC: MXR
  REMEDY ID: 633493-R1      SUB1: 34FS SUB2:     DATE RCV:   06-06-2011
  UNT  RCV..:YOU GP       QTR RCV.: Z03-001LAD   FACL RCV: LEX
  UNT  ORG..:YOU GP       QTR ORG.: Z03-001LAD   FACL ORG: LEX
  EVT FACL.: LEX    ACC LEV:  LEX  1                  RESP DUE:
  ABSTRACT.: CLAIMS HE HAS BEEN SEXUALLY ASSAULTED BY STAFF
  STATUS DT: 07-20-2011  STATUS CODE: REJ STATUS REASON: QUA IRQ RSR OTH
  INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-20-2011
  REMARKS..: U FAIL TO SUBMIT BP9 & ALL 4 PAGES OF BP10.U HAVE 10
             DAYS FROM DATE OF REJECT NOTICE TO RESUBMIT




  G0002       MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
   PAGE 016         *           FULL SCREEN FORMAT               *      09:24:55


   REGNO: 40948-018 NAME: RICHES, JONATHAN
   RSP OF...: PHL UNT/LOC/DST: 6 SOUTH             QTR.: F04-647U   RCV OFC: MXR
   REMEDY ID: 633499-R3       SUB1: 34AS SUB2: 34BS DATE RCV:   06-06-2011
   UNT  RCV..:YOU GP       QTR RCV.: Z03-001LAD    FACL RCV: LEX
   UNT  ORG..:YOU GP       QTR ORG.: Z03-001LAD    FACL ORG: LEX
   EVT FACL.: LEX    ACC LEV:  LEX  1                RESP DUE:
   ABSTRACT.: DOCTOR HARASS & THREATEN HIM 1/10/11-3/5/11 IN SHU
   STATUS DT: 07-20-2011  STATUS CODE: REJ STATUS REASON: IRQ RSR OTH
   INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-20-2011
   REMARKS..: U FAIL TO ENCLOSE BP9, & ALL 4PAGES OF BP10.U HAVE
             10DAYS FROM DATE OF REJECTION NOTICE TO RESUBMIT




   G0002       MORE PAGES TO FOLLOW . . .
```

```
   NERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-12-2016
 PAGE 017 OF 017 *              FULL SCREEN FORMAT                *      09:24:55


 REGNO: 40948-018 NAME: RICHES, JONATHAN
 RSP OF...: PHL UNT/LOC/DST: 6 SOUTH            QTR.: F04-647U   RCV OFC: MXR
 REMEDY ID: 659691-R1      SUB1: 20DS SUB2:     DATE RCV:   06-13-2011
 UNT  RCV..:YOU GP       QTR RCV.: Z03-001LAD   FACL RCV: LEX
 UNT  ORG..:YOU GP       QTR ORG.: Z03-001LAD   FACL ORG: LEX
 EVT FACL.: LEX    ACC LEV:                     RESP DUE:
 ABSTRACT.: APPEAL DHO SANCTIONS CODE 307,410 DATE:02-23-2011
 STATUS DT: 10-11-2011   STATUS CODE: REJ STATUS REASON: UTR QUA RSR OTH
 INCRPTNO.: 2117643   RCT:   EXT:   DATE ENTD: 10-11-2011
 REMARKS..: U REC'D DHO RPT 5/13/11.U SUBMIT BP10 6/13/11 U NEED
           STAFF MEMO VERIFY LATE NO FAULT.U FAIL 2 PROVIDE ALL
           4PGS OF BP10.INCLUDE REJECT NOTICE W/RESUBMIT




              16 REMEDY SUBMISSION(S) SELECTED
 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Document C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                          :
     v.                       :
                                          :        NO. 12-00517-01
JONATHAN LEE RICHES            :

**ORDER REVOKING SUPERVISED RELEASE**

       **AND NOW**, this **1ST** day of **July, 2015,** after hearing in open court sur violation of supervised release, with defendant and counsel being present, and the Court finding the defendant guilty of 2 grade C violations of supervised release, it is

       **ORDERED AND ADJUDGED** that the order of supervised release entered in the above case is revoked; and it is

       **FURTHER ORDERED AND ADJUDGED** that the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of 1 year and 1 day. This sentence is to run consecutive with the sentence imposed by the Court of Common Pleas in Chester County on February 7, 2013 at 97-CR-500. Upon release of custody, the defendant shall be placed on supervised release for a period of 24 months. During the period of incarceration, it is strongly recommended to the Bureau of Prisons that the defendant be designated to a Federal Medical Center so that he can undergo a full psychiatric/psychological evaluation to determine his mental health status and treatment needs upon his release from custody. All previously imposed conditions of supervised release shall remain in effect.

                                BY THE COURT:


                                s/ Eduardo C. Robreno
                                EDUARDO C. ROBRENO


cc:     U.S. Marshal  (2)
       Carlos Montgomery, USPO (1)
       Mary Crawley, A.U.S.A.
       Robert Donatoni, ESQ


7/1/15         R.V.
Date          By Whom

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused a true and correct copy of the foregoing

Government's Opposition To Emergency *Pro Se* Motion to Correct Clerical Error, to be served

upon the defendant, acting *pro se*, by first class mail:


Jonathan Lee Riches
Register No. 40948-018
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa 19106




s/ Mary E. Crawley
MARY E. CRAWLEY



DATED: April 13, 2016