## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

## REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION

**Offender Name:** <u>Jonathan Lee Riches</u>          **Case No.:** <u>2:12-CR-517</u>

**Date of Original Sentence:** <u>December 19, 2011</u>

**Name of Judicial Officer:** <u>The Honorable Eduardo C. Robreno</u>

**Name of Sentencing Judicial Officer:** <u>The Honorable Melinda Harmon (Southern District of Texas)</u>

**Date of Sentence:** <u>June 10, 2004</u>

**Original Offense:** <u>Conspiracy to commit wire fraud (Count 1s) and Wire fraud, aiding and abetting (Count 3s).</u>

**Original Sentence:** <u>The defendant was sentenced to the custody of the United States Bureau of Prisons for a term of 125 months consisting of 60 months on Count 1s and 125 months on Count 3s to be served concurrently for a total term of 125 months imprisonment. Upon release from custody, the defendant shall be on supervised release for a term of 5 years. This term consists of 3 years as to Count 1s and 5 years as to Count 3s, both terms to run concurrently for a total term of 5 years.</u>

**Special Conditions:** <u>1) The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques in addition to those performed by the treatment agency as directed by the probation officer. The defendant will incur the cost associated with such drug/alcohol detection and treatment based on ability to pay as determined by the probation officer; 2) The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur the costs associated with such a program based on ability to pay as determined by the probation officer; 3) The defendant shall pay restitution in the amount of $92,680.00 at a rate of $200.00 per month to commence 60 days after release from imprisonment; and 4) The defendant shall pay a special assessment of $200.00 due immediately.</u>

FOIA EXEMPT

RE:   Riches, Jonathan Lee
Case No. 2:12-CR-517

| | |
|---|---|
| Transfer of Jurisdiction: | On September 25, 2012, jurisdiction, in this case, was transferred from the Southern District of Texas to the Eastern District of Pennsylvania and assigned to The Honorable Eduardo C. Robreno. |
| Violation Hearing: | On July 1, 2015 the defendant was found in violation of his supervised release.  The defendant was sentenced to serve 1 year and 1 day custody of the U.S. Bureau of Prisons.  This sentence to run consecutive with the sentence imposed by the Court of Common Pleas, in Chester County, on February 7, 2013, at 97-CR-500. Upon release of custody, the defendant shall be placed on supervised release for a period of 24 months.  During the period of incarceration, it is strongly recommended, to the Bureau of Prisons, that the defendant be designated to a Federal Medical Center so that he can undergo a full psychiatric/psychological evaluation to determine his mental health status and treatment needs upon his release from custody.  All previously imposed conditions of supervised release shall remain in effect.  This violation was due to the fact that the defendant left the judicial district without permission and was delinquent in his restitution payments. |

Type of Supervision: Supervised Release          Date Supervision Commenced: April 30, 2012

U.S. Attorney's Response:   No Objections X          Objections ___          No Response _

PETITIONING THE COURT

Reference is made to the report on offender submitted to the Court on October 28, 2016.  Our office notified the Court that the defendant was released from custody on May 10, 2016, and failed to make monthly payments since his release from custody.   The Court approved the recommendation to hold the defendant's payment schedule in abeyance until he begins receiving social security disability income.  Mr. Riches was approved for social security disability income, in November 2016, and has failed to make monthly payments of $200.00 in November, December 2016, and January 2017.  Please be advised that the defendant was approved for social security disability due to his ongoing mental health issues.  The defendant is receiving a monthly income of only $733.00.  Mr. Riches is currently residing with his parents and was required to sign a rental agreement.  The defendant is paying rent in the amount of $650.00 a month.  After reviewing Mr. Riches financial status, our office is recommending that the

RE:  Riches, Jonathan Lee
Case No. 2:12-CR-517

payment schedule be set at $35.00 a month.  Mr. Riches is in agreement with this modification and successfully submitted a payment of $35.00 in January 2017.

☒  To modify the conditions of supervision as follows: The defendant pay restitution in monthly installments of not less than $35.00.

Respectfully submitted,

Matthew R. MacAvoy
Chief U.S. Probation Officer

James E. Dirzulaitis
Senior U.S. Probation Officer

Approved:

Carlos Montgomery
Supervising U.S. Probation Officer
Date:  2-10-17

JED/am

ORDER OF THE COURT

Considered and ordered this 14
day of February, 2017
and ordered filed and made part of
the records in the above case.

U.S. District Court Judge